United States District Court

Eastern District of California

John Garcia,

     Plaintiff,                    No. Civ. S 03-1947 MCE PAN P

  vs.                            Order

Mule Creek State Prison, et al.,

     Defendants.

-oOo-

April 12, 2005, plaintiff requested an extension of time to oppose summary judgment. Good cause appearing, plaintiff's request is granted and time is extended until 30 days from the date this order is signed. No further extensions will be granted absent a showing of manifest injustice.

So ordered.

Dated: April 26, 2005.

/s/ Peter A. Nowinski
PETER A. NOWINSKI
Magistrate Judge