United States District Court

Eastern District of California

John Garcia,

    Plaintiff,                    No. Civ. S 03-1947 MCE PAN P

  vs.                          Order

Mule Creek State Prison, et al.,

    Defendants.

-oOo-

    June 10, 2005, defendants requested an extension of time to reply to plaintiff's opposition to summary judgment. Good cause appearing, defendants' request is granted and time is extended until July 7, 2005. The pretrial conference and trial dates set in the September 22, 2004, scheduling order are vacated; no pretrial statements presently need be filed.

    So ordered.

    Dated:  June 21, 2005.

                                      /s/ Peter A. Nowinski
                                PETER A. NOWINSKI
                                Magistrate Judge